AG2_Rule_7_1_Statement_for_Defts.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC., : ECF CASE
 :
 : 07 CV 8764 (JSR)
Plaintiff, :
 :
 : RULE 7.1 STATEMENT
v. : <u>FOR DEFENDANTS</u>
 :
SUPER SONIDO EL AGUILA INC. d/b/a El Aguila :
Bar Lounge Restaurant, and ANNIE GUERRERO, :
 :
Defendants. :
 :
------------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants, **Super Sonido El Aguila Inc.** (sued herein as Super Sonido El Aguila Inc. d/b/a El Aguila Bar Lounge Restaurant), a corporation, and **Annie Guerrero**, an individual, certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held: **NONE.**

**Dated:** New York, New York
November 19, 2007

_____
Carl E. Person   (CP 7637)
Attorney for the Defendants,
   Super Sonido El Aguila Inc. and Annie Guerrero
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444
Email:  carlpers@ix.netcom.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
J & J SPORTS PRODUCTIONS, INC.,                             :   ECF CASE
                                                            :
                                                            :   07 CV 8764 (JSR)
                           Plaintiff,                       :
                                                            :
           v.                                               :   PROOF OF SERVICE
                                                            :
SUPER SONIDO EL AGUILA INC. d/b/a El Aguila                 :
Bar Lounge Restaurant, and ANNIE GUERRERO,                  :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------x
```

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on November 19, 2007, I served a true copy of the foregoing

**RULE 7.1 STATEMENT FOR DEFENDANTS**

dated November 19, 2007, on the attorneys for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

      **Paul Joseph Hooten Esq.**
      **Paul J. Hooten & Associates**
      **5505 Nesconset Hwy., Suite 203**
      **Mt. Sinai NY 11766**

Dated: November 19, 2007

                                                _____
                                               Carl E. Person (CP 7637)

2