AG2_Notice_of_Appear_for_Defts.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,  : ECF CASE
 :
 : 07 CV 8764 (JSR)
         Plaintiff, :
 : NOTICE OF APPEARANCE
    v. : FOR DEFENDANTS
 :
SUPER SONIDO EL AGUILA INC. d/b/a El Aguila :
Bar Lounge Restaurant, and ANNIE GUERRERO, :
 :
         Defendants. :
 :
-------------------------------------------------------------------x

Please take notice that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendants, **Super Sonido El Aguila Inc.** (sued herein as Super Sonido El Aguila Inc. d/b/a El Aguila Bar Lounge Restaurant), a corporation, and **Annie Guerrero**, an individual.

Dated:   New York, New York
         November 19, 2007

*[signature]*

Carl E. Person   (CP 7637)
Attorney for the Defendants,
   Super Sonido El Aguila Inc. and Annie Guerrero
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444
Email:  carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

     v.

SUPER SONIDO EL AGUILA INC. d/b/a El Aguila
Bar Lounge Restaurant, and ANNIE GUERRERO,

                Defendants.

----------------------------------------------------------------x

ECF CASE

07 CV 8764 (JSR)

**PROOF OF SERVICE**

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on November 19, 2007, I served a true copy of the foregoing

### NOTICE OF APPEARANCE FOR DEFENDANTS

dated November 19, 2007, on the attorneys for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

        Paul Joseph Hooten Esq.
        Paul J. Hooten & Associates
        5505 Nesconset Hwy., Suite 203
        Mt. Sinai NY  11766

**Dated:  November 19, 2007**

                                       _____
                                           Carl E. Person (CP 7637)