UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,　　　　　　　　Index # 07-CV-8764

   -against-

                                                   **CERTIFICATE OF SERVICE**

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO
                Defendants,
_____

     I certify that a copy of the Notice of Court Conference and Individual Rule Of Practice for the Honorable Jed S. Rakoff was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on November 27, 2007:

To:   Carl E. Person, Esquire
       Attorney for Defendant
       325 W 45th Street
       Suite 201
       New York, NY 10036-3803


                       By:   /s/ Lucille Eichler
                             Lucille Eichler
                             Paul J. Hooten & Associates
                             5505 Nesconset Highway, Suite 203
                             Mt. Sinai, NY 11766