UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
        Plaintiff,              Index # 07-CV-8764

    -against-                **CERTIFICATE OF SERVICE**

SUPER SONIDO EL AGUILA INC.
D/b/a/ EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO
        Defendant,
_____

    I certify that a Notice of the Court Conference was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to each of the following on December 13, 2007:


To:  Carl E. Person, Esquire
     325 W 45th Street
     Suite 201
     New York, NY 10036-3803


                                By:  /s/ Dodi Goetz

                                   Dodi Goetz

                                   Paul J. Hooten & Associates
                                   Attorney for Plaintiff
                                   5505 Nesconset Hwy., Suite 203
                                   Mt. Sinai, New York, 11766
                                   (631) 331-0547