AG2_NMot_WithdrawAsCounsel.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                    Plaintiff,

       v.

SUPER SONIDO EL AGUILA INC. d/b/a El Aguila
Bar Lounge Restaurant, and ANNIE GUERRERO,

                    Defendants.
----------------------------------------------------------------X

ECF CASE

07 CV 8764 (AKH)

## NOTICE OF MOTION TO WITHDRAW
## AS ATTORNEY FOR THE DEFENDANTS

**PLEASE TAKE NOTICE THAT** the undersigned attorney, Carl E. Person, will move this Court, on **February 25, 2008**, before The Honorable Alvin K. Hellerstein, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order granting attorney Carl E. Person

    (1) permission to withdraw as Defendants' attorney and an order so relieving him as counsel;

    (2) a stay of all proceedings as to the Defendants until 30 days after the Defendants have been served with a copy of any order relieving Carl E. Person as Defendants' attorney; and

    (3) such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1(b), "any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers".

**PLEASE TAKE FURTHER NOTICE**, that paragraph 2. D. of the Individual Rules of the Honorable Alvin K. Hellerstein state:

1

"... Counsel should not appear in Court on the return date. The Court prefers oral argument on motions and will schedule the date and time for argument."

Dated:   New York, New York
         February 11, 2008

_____
Carl E. Person   (CP 7637)
Withdrawing Attorney for Defendants
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444

## CERTIFICATE OF SERVICE

Carl E. Person hereby declares, pursuant to the penalties of perjury under 28 U.S.C. § 1746, that the following statements are true and correct:

I am not a party to this action, am over 18 years of age, and on February 11, 2008, I served a true copy of the foregoing **Notice of Motion to Withdraw as Attorney for the Defendants** dated February 11, 2008 (the "Document") on Defendants and the attorneys for the Plaintiff (Paul J. Hooten & Associates), by mailing a copy of the Document to said persons as follows:

Annie Guerrero
309 Avenue C
Bayonne NJ 07002

Super Sonido El Aguila Inc.
80 W. Kingsbridge Road
Bronx NY 10468

Paul J. Hooten, Esq.
Paul J. Hooten & Associates, Esq.
5505 Nesconset Hwy - Suite 203
Mt. Sinai, NY 11766

and by emailing on February 11, 2008 a copy of the Document to the Defendants at guer541@aol.com and to the Plaintiff's attorney at pjhooten@mindspring.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on February 11, 2008.

_____
Carl E. Person