UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.

               Plaintiff,                   Index # 07-CV-8764

   -against-

                                         **CERTIFICATE OF SERVICE**

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO
               Defendants,
_____

     I certify that a copy of Plaintiff's First Request For The Production Of Documents And Things To Defendants was sent via the U.S. Postal Service within the State of New York, First Class Mail, addressed to the following on February 29, 2008:

To:    Annie Guerrero
         80 West Kingbridge Road
         Bronx, NY 10468


                          By:    /s/ Lucille Eichler
                                 Lucille Eichler
                                 Paul J. Hooten & Associates
                                 5505 Nesconset Highway, Suite 203
                                 Mt. Sinai, NY 11766