UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                      Index # 07-CV-8764

   -against-

                                              **CERTIFICATE OF SERVICE**

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO
                Defendants,
_____

     I certify that a copy of Plaintiff's First Set Of Interrogatories To Defendant was sent via the U.S. Postal Service within the State of New York, First Class Mail, addressed to the following on February 29, 2008:

To:    Annie Guerrero
         80 West Kingbridge Road
         Bronx, NY 10468


                                 By:    /s/ Lucille Eichler
                                            Lucille Eichler
                                            Paul J. Hooten & Associates
                                            5505 Nesconset Highway, Suite 203
                                            Mt. Sinai, NY 11766