UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                Index # 07-CV-8764

    -against-

                                    **CERTIFICATE OF SERVICE**

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO
                Defendants,
_____

      I certify that a copy of Plaintiff's Request for Admissions of Fact was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on February 29, 2008:

To:    Annie Guerrero
        80 West Kingbridge Road
        Bronx, NY 10468


                        By:    /s/ Lucille Eichler
                                Lucille Eichler
                                Paul J. Hooten & Associates
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766