AG2_Order_Withdraw_Counsel for_Defts.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

J & J SPORTS PRODUCTIONS, INC.,

            Plaintiff,

    v.

SUPER SONIDO EL AGUILA INC. d/b/a El Aguila
Bar Lounge Restaurant, and ANNIE GUERRERO,

            Defendants.
----------------------------------------x

ECF CASE

07 CV 8764 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

### ORDER PERMITTING CARL E. PERSON TO WITHDRAW AS ATTORNEY FOR THE DEFENDANTS

**UPON THE REVIEW AND FILING** of the Notice of Motion to Withdraw as Attorney for the Defendants dated February 11, 2008, the Declaration of Carl E. Person in Support of His Motion to Withdraw as Attorney for the Defendants, dated February 11, 2008, the Memorandum of Law in Support of Attorney Carl E. Person's Motion to Withdraw as Attorney for the Defendants, and upon the failure of the Defendants to put in any opposition papers and upon the Plaintiff's consent to the motion given in open Court on February 22, 2008, and upon all prior papers and proceedings had herein,

**IT IS HEREBY ORDERED AND DECREED**, that the motion by Carl E. Person to withdraw as Defendants' attorney is hereby granted, and Carl E. Person is now relieved as attorney for the Defendants;

**IT IS FURTHER ORDERED AND DECREED** that the Defendant corporation, Super Sonido El Aguila, Inc. ("Super Sonido"), is required *by notice of appearance filed on or before March 21, 2008,* as a matter of law to appear before this Court by an attorney, or a default judgment will be granted against Super Sonido upon application by the Plaintiff or otherwise.

**IT IS FURTHER ORDERED AND DECREE** that Carl E. Person is to serve a copy of this Order on the Defendants and the attorney for the Plaintiff by mail within 5 business days hereof.

Dated: March 4, 2008

                                                              /s/
                                                             U.S.D.J.