AG2_CEP_Dec_Withdraw_ProofOfService.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                    :        ECF CASE
J & J SPORTS PRODUCTIONS, INC.,                                     :
                                                                    :        07 CV 8764 (AKH)
                                          Plaintiff,                :
                                                                    :
                            v.                                      :        PROOF OF SERVICE
                                                                    :
SUPER SONIDO EL AGUILA INC. d/b/a El Aguila                         :
Bar Lounge Restaurant, and ANNIE GUERRERO,                          :
                                                                    :
                                          Defendants.               :
                                                                    :
-----------------------------------------------------------------x

        **Carl E. Person** hereby declares, pursuant to the penalties of perjury under 28 U.S.C. § 1746, that the following statements are true and correct:

        I am not a party to this action, am over 18 years of age, and on March 4, 2008, I served a true copy of the foregoing **Order Permitting Carl E. Person to Withdraw as Attorney for the Defendants** dated March 4, 2008 (the "Document") on Defendants and the attorneys for the Plaintiff (Paul J. Hooten & Associates), by mailing a copy of the Document to said persons as follows:

        **Annie Guerrero**
        **309 Avenue C**
        **Bayonne NJ  07002**

        **Super Sonido El Aguila Inc.**
        **80 W. Kingsbridge Road**
        **Bronx NY 10468**

        **Paul J. Hooten, Esq.**
        **Paul J. Hooten & Associates, Esq.**
        **5505 Nesconset Hwy - Suite 203**
        **Mt. Sinai, NY  11766**
and by emailing on March 4, 2008 a copy of the Document to the Defendants at

**guer541@aol.com** and to the Plaintiff's attorney at **pjhooten@mindspring.com**.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed in New York, New York on March 4, 2008.

                             _____
                                  **Carl E. Person**

1

AG2_Order_Withdraw__Counsel_for_Defts.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

-------------------------------------------x
                                           :    ECF CASE
J & J SPORTS PRODUCTIONS, INC.,            :
                                           :    07 CV 8764 (AKH)
                    Plaintiff,             :
                                           :
        v.                                 :
                                           :
SUPER SONIDO EL AGUILA INC. d/b/a El Aguila :
Bar Lounge Restaurant, and ANNIE GUERRERO, :
                                           :
                    Defendants.            :
                                           :
-------------------------------------------x

## ORDER PERMITTING CARL E. PERSON TO
## WITHDRAW AS ATTORNEY FOR THE DEFENDANTS

**UPON THE REVIEW AND FILING** of the Notice of Motion to Withdraw as Attorney for the

Defendants dated February 11, 2008, the Declaration of Carl E. Person in Support of His Motion to

Withdraw as Attorney for the Defendants, dated February 11, 2008, the Memorandum of Law in Support of

Attorney Carl E. Person's Motion to Withdraw as Attorney for the Defendants, and upon the failure of the

Defendants to put in any opposition papers and upon the Plaintiff's consent to the motion given in open Court

on February 22, 2008, and upon all prior papers and proceedings had herein,

**IT IS HEREBY ORDERED AND DECREED**, that the motion by Carl E. Person to withdraw as

Defendants' attorney is hereby granted, and Carl E. Person is now relieved as attorney for the Defendants;

**IT IS FURTHER ORDERED AND DECREED** that the Defendant corporation, Super Sonido El

Aguila, Inc. ("Super Sonido"), is required *by notice of appearance filed on or before March 21, 2008,* as a matter of law to appear before this Court by an attorney, or a

default judgment will be granted against Super Sonido upon application by the Plaintiff or otherwise.

**IT IS FURTHER ORDERED AND DECREE** that Carl E. Person is to serve a copy of this Order

on the Defendants and the attorney for the Plaintiff by mail within 5 business days hereof.

Dated:    March ___14___, 2008

_____
                                    U.S.D.J.