UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.



      Plaintiff    CIVIL NO. 07-CV-8764

-AGAINST-

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO    **DEFAULT JUDGMENT**

      Defendant
------------------------------------------------X

  This action having been commenced on October 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, Super Sonido El Aguila Inc., d/b/a El Aguila Bar Lounge Restaurant on October 29, 2007, and a proof of service having been filed on November 8, 2007 and the defendant failing to appear at the Pretrial Conference on March 28, 2008, it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from February 25, 2006, amounting to $3,900.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $24,370.00.

Dated: New York, New York
5/13/08

Alvin K. Hellerstein
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/08

This document was entered on the docket on _____